UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SALVADOR CARDONA-ROCHA,<br>Defendant. | Case No. 20cr3083-WQH<br><br>SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |

Having reviewed the foregoing Motion of the United States for Issuance of a Second Amended Order of Criminal Forfeiture, and for good cause appearing;

The Motion is hereby GRANTED. (ECF No. 111.) The Court makes the following findings, conclusions, and orders:

On September 9, 2022, this Court entered its Preliminary Order of Criminal Forfeiture (ECF 78), which condemned and forfeited to the United States all right, title and interest of SALVADOR CARDONA-ROCHA ("Defendant") in the following specific properties pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

    A. One 2017 Toyota Tundra bearing California License Plate 66054G2;

    B. A Masterpiece Arms MAC 10 9mm semi-automatic gun bearing serial number F14991 with extended magazine and silencer;

  C. A Mossberg 500 12-gauge pump-action shotgun with obliterated serial number;

  D. Four 12-gauge shotgun shells;

  E. Four H&K firearm magazines;

  F. One round of 5.56 mm ammunition;

  G. A black Apple iPhone with gray Apple logo;

  H. A black Apple iPhone with FCC ID 579C-E3085A;

  I. A black Samsung cellphone IMEI: 355357112552760;

  J. A Samsung Galaxy cellphone IMEI: 356022100798499;

  K. 2,200 money wraps;

  L. Digital scales;

  M. $4,001 in U.S. Currency seized on July 31, 2020;

  N. $5,809 in U.S. Currency seized on July 31, 2020;

  O. $1,886 in U.S. Currency seized on July 31, 2020;

  P. $6,167 in U.S. Currency seized on July 31, 2020;

  Q. $1,029 in U.S. Currency seized on July 31, 2020;

  R. $3,804 in U.S. Currency seized on September 4, 2020;

  S. Real Property ("Real Property") located at 4917 Magnus Way, San Diego, California 92113, more particularly described as:

    A.P.N. : 552-432-15-00:

  Lot 11 of Rancho Domingo, in the City of San Diego, County of San Diego, State of California, according to map thereof No. 6979, filed in the office of the County Recorder of San Diego County, July 8, 1971.

On April 28, 2023, after a period of publishing and noticing the assets, this Court entered a First Amended Order of Criminal Forfeiture, which condemned and forfeited all right, title, and interest of SALVADOR CARDONA-ROCHA in the above-referenced assets pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), and 18 U.S.C.

1  § 924(d) and 28 U.S.C. § 2461(c). It specifically terminated and forfeited to the United States of America any and all interest of the following persons as to the above-referenced properties: William Henry Moey, Joshua Gonzalez, Brianna Elizabeth Israel, Marco Perez, and Wells Fargo. Additionally, it terminated and forfeited to the United States of America any and all interest of the following persons as to the above-referenced properties according to the terms of the Settlement Agreement entered at the Settlement Conference (ECF 102): Diana Leticia Alcala, Richard M. Barnett, Rushmore Loan Management Services LLC, and Rushmore Loan Management. It reaffirmed the admin forfeiture of assets (A.) through (F.), (M.) through (P.), and (R.).

For thirty (30) consecutive days ending on November 19, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the currency.

On April 17, 2023, additional Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
| --- | --- | --- |
| RICHARD M. BARNETT<br>105 W. F St #4<br>San Diego, CA 92101<br>Tel. No.: 619-231-1182 | 771873749400 | Delivered 04/18/23 |
| SALVADOR CARDONA-ROCHA<br>c/o Danielle Rachel Iredale<br>185 West F Street, Suite 100<br>San Diego, CA 92101 | 7718 7383 5462 | Delivered 04/18/23 |
| DIANA ARNOLD<br>4917 Magnus Way<br>San Diego, CA 92113-3517 | 7718 7399 6099 | Delivered 04/18/23 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| ANGELIQUE MARIE ISRAEL<br>44547 La Paz Road<br>Temecula, CA 92592-2545 | 7718 7411 9740 | Delivered 04/18/23 |
| WILLIAM HENRY MOEY III<br>Chuckawalla Valley State Prison<br>P.O. Box 2349, Prisoner ID# BM4226<br>Blythe, CA 92226-2349 | 7718 7419 3142 | Moved Prisons<br>Not Delivered |
| TOYOTA MOTOR CREDIT CORPORATION<br>19001 South Western Avenue<br>Torrance, CA 90509 | 7718 7395 0616 | Delivered 04/18/23 |
| KIMBERLY MARIE NARCISSE<br>16756 Chino-Corona Road<br>Corona, CA 92880 | 7718 7406 8684 | Delivered 04/18/23 |

On January 22, 2024, additional Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| WILLIAM HENRY MOEY III<br>Prisoner ID 23707649<br>George Bailey Detention Facility<br>451 Riverview Parkway<br>Santee, CA 92071 | 7748 9620 4136 | Undeliverable |

On February 22, 2024, additional Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| ID 23707649 WILLIAM HENRY MOEY III<br>GBDF<br>451 RIVERVIEW PARKWAY<br>BUILDING C<br>SANTEE CA 92071 | 7752 8409 0195 | Delivered 2/26/24 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited $1,029 in U.S. Currency (Q.).

|   |   |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED |
| 2 | that, as a result of the failure of any third party to come forward or file a petition for |
| 3 | relief from forfeiture as provided by law, all right, title and interest of, SALVADOR |
| 4 | CARDONA-ROCHA, and any and all third parties in the $1,029 in U.S. Currency |
| 5 | (Q.) is hereby condemned, forfeited, and vested in the United States of America |
| 6 | pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), and 28 U.S.C. § 2461(c). |

IT IS FURTHER ORDERED that any and all interests of the following persons and entities are specifically terminated and forfeited to the United States as to the currency: Diana Arnold, Angelique Marie Israel, William Henry Moye III, and Kimberley Marie Narcisse.

IT IS FURTHER ORDERED that the Drug Enforcement Administration and United States Marshals Service shall dispose of the forfeited currency forthwith in accordance with the law and shall deposit the currency thereof into the Asset Forfeiture Fund.

Dated: April 14, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court